IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODOLFO MARTINEZ,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORP, a California Corporation; and DOES 1 through 20 Inclusive,

        Defendants.

No. C 12-04464 SI

**ORDER SCHEDULING HEARING ON TRO AND OSC**

On September 17, 2012, plaintiff filed an *ex parte* application for a temporary restraining order and order to show cause regarding a preliminary injunction to enjoin defendants from conducting a trustee's sale of plaintiff's home scheduled for October 2, 2012. On September 20, 2012, defendants filed their opposition to plaintiff's application. Having considered the parties' papers, the Court hereby SCHEDULES hearing on the matter for **Thursday, September 27, 2012, at 3:30 p.m.** Plaintiff may file a **reply on or before Tuesday, September 25, 2012.**

**IT IS SO ORDERED.**

Dated: September 20, 2012

SUSAN ILLSTON
United States District Judge