**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODOLFO MARTINEZ,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORP, a California Corporation; and DOES 1 through 20 Inclusive,

        Defendants.
                                        /

No. C 12-04464 SI

**ORDER DENYING PLAINTIFFS' REQUEST FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

On September 17, 2012, plaintiff filed an *ex parte* application for a temporary restraining order and order to show cause regarding a preliminary injunction, seeking to enjoin defendants from conducting the trustee's sale of plaintiff's home scheduled for October 2, 2012. Defendants opposed the motion, and the Court held a hearing on the matter on September 27, 2012.

Plaintiff's motion was premised on defendant's alleged violation of California Civil Code § 2923.5. For reasons discussed with the parties on the record, plaintiff's request for a TRO and OSC was **DENIED**. The Court found that on the record presented by plaintiff, plaintiff has failed to establish that he is likely to succeed on the merits of his claim under California Civil Code § 2923.5.

**IT IS SO ORDERED.**

Dated: October 3, 2012

                                                        SUSAN ILLSTON
                                                        United States District Judge