IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODOLFO MARTINEZ,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., CAL-WESTERN RECONVEYANCE CORP., and DOES 1 through 20 Inclusive,

    Defendants.

No. C 12-4464 SI

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On August 31, 2012, defendants filed a motion to dismiss. Plaintiff's opposition to this motion was due on September 14, 2012. On September 17, 2012, plaintiff, who is represented by counsel, filed an *ex parte* application for a temporary restraining order, which the Court denied on September 28, 2012. In the interim, however, plaintiff did not file any opposition papers to the motion to dismiss, nor did plaintiff request an extension of time or contact the Court in any way.

**Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing to be filed no later than November 26, 2012, why this case should not be dismissed without prejudice for failure to prosecute**. *See* Fed. R. Civ. Proc. 41(b). If plaintiff responds satisfactorily to this Order and wishes to proceed with this lawsuit, the Court will set a new briefing schedule and hearing date on defendant's motions to dismiss. The November 30, 2012, hearing date and case management conference is VACATED.

**IT IS SO ORDERED.**

Dated: November 9, 2012

                                                            *(signature)*
                                                           SUSAN ILLSTON
                                                           United States District Judge